DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORIC YEARBY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0984

[July 2, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 99-011337-CF10A.

Toric Yearby, Trenton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025) (holding that even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***